IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| FEDERAL NATIONAL MORTGAGE, ASSOCIATION, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 117-143 |
| DORIS E DEORAJ and HEMRAJ DEORAJ, | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 9.) The objections were improperly filed, as they are not signed by Doris E Deoraj or Hemraj Deoraj. In any event, nothing in the objections changes the Magistrate Judge's analysis that this case must be remanded. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** as **MOOT** the motion to proceed *in forma pauperis* and the motion to strike, (doc. nos. 2, 3), **REMANDS** this case to the Magistrate Court of Richmond County, Georgia, File No. 904689, and **CLOSES** this civil action.

SO ORDERED this 5th day of December, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA